IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| E.C. and C.O. individually and on behalf of C.C.O. : | |
| : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| : | NO. 13-6047 |
| SCHOOL DISTRICT OF PHILADELPHIA : | |
| : | |

## ORDER

**AND NOW,** this _____ day of March, 2015, upon consideration of Plaintiffs E.C. and C.O.'s Motion for Attorney's Fees and Costs (Doc. 12), Defendant School District of Philadelphia's Response in Opposition thereto (Doc. 14), and Plaintiffs' Reply Brief in Further Support of Plaintiffs' Motion for Attorney's Fees and Costs (Doc. 15), **IT IS HEREBY ORDERED** that:

1) Plaintiffs' Motion for Attorney's Fees and Costs (Doc. 12) is **GRANTED IN PART**.

2) Plaintiffs are awarded a total $81,849.00 in attorney's fees and $900.00 in costs, which shall be paid within thirty (30) days of entry of this Order.

**BY THE COURT:**

/s/Petrese Tucker
_____
**Hon. Petrese B. Tucker, C.J.**