UNITED STATED COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 15-1825

E.C., C.O., INDIVIDUALLY AND ON BEHALF OF C.C.CO., Appellees

v.

PHILADELPHIA SCHOOL DISTRICT, Appellant

## RESPONSE TO MOTION FOR ATTORNEY'S FEES

Appellant The School District of Philadelphia opposes the appellees' Application for Attorney's Fees and Expenses for the appeal, for the reason that motion for reasonable attorney's fees and costs to a prevailing party must be filed with and reviewed by the District Court. See, 20 U.S.C. §1415(i)(3)(B)(i)(1).

Appellant requests that the panel of the Court of Appeals remand the Application to the District Court for disposition. See *Damian J., et al. v. School District of Philadelphia, et al.*, No. 08-2520, Order dated February 24, 2010. Appellant requests an extension of time of twenty days to respond specifically to and object to the reasonableness of the fees and expenses requested, when the application is remanded to the District Court.

s/Miles H. Shore
Miles H. Shore
The School District of Philadelphia
440 North Broad Street, Suite 313
Philadelphia, PA  19130-4015
215-400-5162
215-400-4121

Attorney for Appellant

FILED
MAY 23 2016
MICHAEL E. KUNZ, Clerk
By ___ Dep Clerk

## CERTIFICATE OF SERVICE

I hereby certify that the attached Response To Application For Attorney's Fees has been filed electronically on April 18, 2016 and is available for viewing and downloading from the ECF system and that the counsel listed below has consented to electronic service:

>David J. Berney, Esquire
>Vanita Kalra, Esquire
>Law Offices of David J. Berney, PC
>8 Penn Center
>1628 JFK Boulevard, Suite 1000
>Philadelphia, PA 19103

>*Attorneys for Appellees*

FILED
MAY 23 2016
MICHAEL E. KUNZ, Clerk
By_____Dep Clerk

>s/Miles H. Shore
>Miles H. Shore

>*Attorney for Appellant*
>*The School District of Philadelphia*